# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4057 Direct
(212) 972-3213 Fax
Joseph.Anci@JacksonLewis.com
jacksonlewis.com

January 2, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2200
New York, New York 10007

        Re:    **Tasha Clarke v. Guardian Service Industries et al.**
                  **Civil Action No. 1:23-cv-04715-DLC**

Dear Judge Cote,

      We represent Defendants Guardian Service Industries, Inc., and Michael Ronan individually (the "Defendants"), in the above-referenced matter. We write jointly with Plaintiff's counsel (collectively the "Requesting Parties"), pursuant to Rule 1.E of Your Honor's Individual Practices, to request an adjournment of the initial case management conference currently scheduled for January 5, 2024. This is the Requesting Parties' first request for an extension and no other deadlines will be affected if this request is granted. The Requesting Parties are scheduled to participate in Court ordered mediation during the week of January 22, 2024. The requested extension will allow the Requesting Parties to attempt to resolve this matter before proceeding with litigation and discovery.

      Accordingly, the Requesting Parties respectfully request that the Court adjourn the Initial Conference to a date after January 29, 2024 that would be convenient for the Court.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        JACKSON LEWIS P.C.

*[Handwritten note: The conference is adjourned to 2/2/24 at 2:00 pm. /s/ [signature] 1/3/24]*

                                        */s/Joseph Anci*
                                        Joseph Anci