```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
TASHA CLARKE,                        :    23cv4715(DLC)
                                     :
                 Plaintiff,          :    ORDER OF
         -v-                         :    DISCONTINUANCE
                                     :
GUARDIAN SERVICE INDUSTRIES INC., et :
al.,                                 :
                                     :
                 Defendants.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 2, 2024.** If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 1, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge